**Bruce ST. JOHN, Respondent,**

v.

**Susan ISBELL, f/k/a Susan St. John, Appellant.**

**No. ED 101327**

Missouri Court of Appeals, Eastern District, **Division One.**

Filed: December 23, 2014

Merle L. Silverstein, 7733 Forsyth Blvd., 4th Floor, St. Louis, MO 63105, for appellant.

Bruce Eastman, 320 Brooks Drive, Suite 231, Hazelwood, MO 63042, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

### ORDER

PER CURIAM

The mother, Susan Isbell, appeals the judgment entered by the Circuit Court of St. Louis County. The trial court modified the child-support provisions contained in a prior modification judgment entered after dissolution of the mother's marriage to the father, Bruce St. John. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 84.16(b)(1).